U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed December 13, 2011

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | BANKRUPTCY NO. 11-41470-DML-7 |
| DALLAS-FORT WORTH CONSTRUCTION & MANAGEMENT, LTD., | § § § § § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER GRANTING COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came for consideration on Companion Property and Casualty Insurance Company's Motion for Relief from the Automatic Stay (the "Motion"). After having considered the Motion and the fact that no response or objections were filed and that the Trustee does not oppose the relief herein, the Court is of the opinion that the Motion should be granted in its entirety. It is, therefore,

**ORDERED** that Companion Property and Casualty Company's Motion for Relief from the Automatic Stay is GRANTED; and

1

**IT IS FURTHER ORDERED** that Companion Property and Casualty Insurance Company may add Dallas-Fort Worth Construction & Management, Ltd. as a nominal party to the case styled *Companion Property and Casualty Insurance Company v. Lyne Realty, LP*, Case No. DC-11-13490, in the 101st Judicial District Court, Dallas County, Texas; and

**IT IS FURTHER ORDERED** that Companion Property and Casualty Insurance Company may prosecute the claims in the case styled *Companion Property and Casualty Insurance Company v. Lyne Realty, LP*, Case No. DC-11-13490, in the 101st Judicial District Court, Dallas County, Texas but shall not seek relief against the Debtor except declaratory relief concerning the insurance policy at issue in that case.

###End of Order###